```
Crystal-Lenene: Lewis
c/o 731 Irvington Place
Chester, Pennsylvania [19013]
610-742-6128
```

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
JUN 29 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

| | |
|---|---|
| CRYSTAL LENENE LEWIS, Sui Juris<br><br>PLAINIFF<br><br>U.S. BANK/HOME EQUITY TRUST 2004-7<br>OCWEN LOAN SERVICING, LLC<br>UDREN LAW OFFICES<br>MERS & MERSCORP<br>STERN & EISENBERG, PC<br>OTHER DEFENDANTS' NAMES<br>AND JOHN DOES (Investors) 1-10K,<br>U.S. BANK, N.A./AFFILATES<br><br>DEFENDANT(s) | CIVIL ACTION<br>No: 18-1457<br><br>Re:<br>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE CLAIM PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE (Doc #5) 12(b)(1) and 12(b)(6)<br><br>Judge: Hon. GENE E.K. PRATTER |

**PLAINTIFF'S RESPONSE**
**TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL**
**RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)**

Crystal-Lenene: Lewis, Sui Juris, Plaintiff is before this court by Special Appearance and Special Deposit without waiving any Equitable or Legal Rights, Remedies or Defenses Statutory or Procedural as the Donor-Grantor Beneficiary of the Deed of Trust that has been Fraudulent and Wrongfully Foreclosed upon, doing business as CRYSTAL LENENE LEWIS and alleges that there is no Plain, Speedy or Adequate Remedy at law and that these proceedings could irreparable damage rights to tile, land property and interest on a Private Trust established by Special Deposit before the courts.

The Plaintiff's Complaint not only meets but exceeds the standards governing the form of a complaint contemplated by Federal Rule of Civil Procedure 8(a), this Court has subject matter jurisdiction in this matter, and the Complaint sufficiently alleges consumer harm and damages. Accordingly, Defendants' **motion should be DENIED.**

**Dated: June 24, 2018**

           **Respectfully Submitted by Special Deposit;**

           /s/ _____
           Crystal-Lenene: Lewis, Sui Juris
           c/o 731 Irvington Place
           Chester, Pennsylvania [19013]
           610-742-6128

           **All Rights Reserved**

---

**FILED**
**JUN 29 2018**
KATE BARKMAN, Clerk
By ___ Dep. Clerk

**PROOF OF SERVICE OF DOCUMENT**

I, CRYSTAL-LENENE LEWIS, Plaintiff, certify that a copy of the MOTION for **PLAINTIFF'S RESPONSE TO DEFENDANT'S "MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)"** was mailed by regular USPS mail on June 25, 2018 to **Attorneys for Defendants**:

  STRADLEY RONON STEVENS & YOUNG, LLP
  **ATTN: L. JOHN VASSALOTTI**
  200E Market Street, Suite 2600
  Philadelphia, PA 19103

/s/ _____
    Crystal-Lenene: Lewis, Sui Juris
    without prejudice or recourse

Date: 6/24/18

**Equity will take jurisdiction to avoid a multiplicity of suits;
Equity will not allow a statute to be used as a cloak for fraud**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CRYSTAL LENENE LEWIS

**DEFENDANTS**
U.S. BANK N.A. and AFFILATES

**(b)** County of Residence of First Listed Plaintiff   DELAWARE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   29 P 10 18
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Crystal-Lenene: Lewis, Sui Juris
c/o 731 Irvington Place, Chester, Pennsylvania [19013]
610-742-6128

Attorneys *(If Known)*
STRADLEY RONON STEVENS & YOUNG, LLP
Attn: L. John Vassaotti, III
2005 Market Steet, Suite 2600'; Phila, PA 19103

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS- -Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FRCP 6(b) & FRCP 5

Brief description of cause:
Plaintiff request for Extension of Time to File Response to Defendents "Notice of Removal & Motion to Dismiss"

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P

**DEMAND $** 100,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG JUDGE